THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONDELL BREEDLOVE, Appellant. [895 NYS2d 899]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Richard A. Keenan, J.—Criminal Possession of a Controlled Substance, 3rd Degree). Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONDELL BREEDLOVE, Appellant. [895 NYS2d 899]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Richard A. Keenan, J.—Attempted Criminal Possession of a Weapon, 3rd Degree). Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHNNIE BUNTING, JR., Appellant, v SIBATU KHAHAIFA, Superintendent, Orleans Correctional Facility, Respondent. [895 NYS2d 901]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Orleans County, Tracey A. Bannister, J.—Habeas Corpus). Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS S. DERUYTER, Appellant. [895 NYS2d 900]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Order of Ontario County Court, William F. Kocher, J.—Sex Offender Registration Act). Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.